UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN ERIC THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 2:12-cv-29-JMS-WGH |
| ) | |
| ELIZABETH LAMSON, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry and Order Dismissing Action**

The plaintiff has failed to pay the filing fee. He has also failed to demonstrate that the action could proceed despite the bar in 28 U.S.C. § 1915(g) because he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). *See Ciarpaglini v. Saini*, 352 F.3d 328, 330 (7th Cir. 2003).

Accordingly, the action is now dismissed for failure to prosecute. The dismissal shall be without prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 04/04/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana